No. 460.   ROSS v. RAGEN, WARDEN.   October 14, 1946. Petition for writ of certiorari to the Circuit Court of Marion County, Illinois, denied.

No. 477.   CROWLEY v. RAGEN, WARDEN.   October 14, 1946.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 478.   UNITED STATES EX REL. VON SCHERER v. RAGEN, WARDEN.   October 14, 1946.   Petition for writ of certiorari to the Circuit Court of De Witt County, Illinois, denied.

No. 479.   HILL v. HUDSPETH, WARDEN.   October 14, 1946.   Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 480.   RIOS v. RAGEN, WARDEN; and
No. 481.   FURMAN v. ILLINOIS ET AL.   October 14, 1946.   Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.